# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>DANIEL DADOUN<br>*Defendant* | MAGISTRATE JUDGE: ANDRÉ M. ESPINOSA<br>CASE NO. 2:23mj8137<br>DATE OF PROCEEDINGS: 11/13/2023<br>DATE OF ARREST: ___ |

**PROCEEDINGS:** IA

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [x] WAIVER OF HRG: [x] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: PENALTIES PLACED ON RECORD
BRADY ORDER READ INTO RECORD AND FILED.

- [ ] TEMPORARY COMMITMENT
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A
- [x] BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:_____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED_____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.        DATE:_____
- [ ] DETENTION/BAIL HRG.              DATE:_____
- [ ] TRIAL: [ ] COURT  [ ] JURY       DATE:_____
- [ ] SENTENCING                       DATE:_____
- [ ] OTHER:_____                      DATE:_____

**APPEARANCES:**

AUSA: KATHLEEN ROMANO

DEFT. COUNSEL: PETER KATZ

PROBATION:_____

INTERPRETER_____
Language:_____

TIME COMMENCED: 3:09
TIME TERMINATED: 3:
CD NO: ECR

SPC
SCOTT P. CREEGAN
Scott P. Creegan, Deputy Clerk