UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------X
UNITED STATES OF AMERICA,

    -v-                           **NOTICE OF APPEARANCE**

DANIEL DADOUN                 Magistrate. No. 23-8137 (JSA)

        Defendant.

------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that ZACH INTRATER, Esq., of Brafman & Associates, P.C., 256 Fifth Avenue, New York, NY 10001, is appearing for the Defendant DANIEL DADOUN, in the above-captioned matter.

                                                        _____
                                                        Zach Intrater, Esq.
                                                        Brafman & Associates, P.C.
                                                        256 Fifth Avenue, 2nd Floor
                                                        New York, NY 10001
                                                        Phone: (212) 750-7800
                                                        Fax: (212) 750-3906
                                                        E-mail: zintrater@braflaw.com

Dated:  February 9, 2024
          New York, NY