UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen |
| v. | : | Mag. No. 23-8137 |
| DANIEL DADOUN | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Katherine M. Romano, Assistant U.S. Attorney, appearing), and defendant Daniel Dadoun (Anthony J. Pope, Jr., Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through December 12, 2024.

2. This Court granted six § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

      a.      The charges in this case result from a lengthy investigation, and the United States and the defendant desire additional time discuss the case.

      b.      This case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits provided by the Speedy Trial Act.

      c.      Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

      d.      Counsel for the Government is scheduled to begin a three-week trial (*United States v. Andrews*, Crim. No. 20-578), before the Hon. Madeline C. Arleo, U.S.D.J., beginning October 28, 2024, which could delay entry of a plea in this matter if the parties reach an agreement.

IT IS, therefore:

      ORDERED that this action is continued for a period of approximately 90 days from September 13, 2024 through December 12, 2024; and it is further

      ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

*s/ Jessica S. Stein*

HON. JESSICA S. ALLEN
United States Magistrate Judge

Dated: September 10, 2024

Form and entry consented to:

*Katherine M. Romano*

Katherine M. Romano
Assistant U.S. Attorney

*Anthony J. Pope, Jr.*

Anthony J. Pope, Jr., Esq.
Counsel for Daniel Dadoun

*Bernard J. Cooney*

Bernard J. Cooney
Chief, Health Care Fraud Unit