**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun

Ramot, Jerusalem

Date: 01/07/2024

Computer document, digitally signed

# Receipt for Donation Number 115710

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 01/07/2024 | Credit card | American Express. Last 4 digits: 5007. Transaction type: regular, one payment | $12,000.00 |

**Exchange rate:** 1 USD = 3.6560 ILS

**Total {ILS}: 43,872.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun

Ramot, Jerusalem

Date: 01/09/2024

Computer document, digitally signed

# Receipt for Donation Number 115720

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 01/09/2024 | Credit card | American Express. Last 4 digits: 5007. Transaction type: regular, one payment | $5,000.00 |

**Exchange rate:** 1 USD = 3.37180 ILS

**Total {ILS}: 18590.00**


**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.


Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**


*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



_____

To: Daniel Dadoun

Ramot, Jerusalem

Date: 01/15/2024

Computer document, digitally signed

# Receipt for Donation Number 115886

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 01/15/2024 | Credit card | American Express. Last 4 digits: 5007. Transaction type: regular, one payment | $10,000.00 |

**Exchange rate:** 1 USD = 3.7280 ILS

**Total {ILS}: 37,280.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun

Ramot, Jerusalem

Date: 01/15/2024

Computer document, digitally signed

# Receipt for Donation Number 115888

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 01/15/2024 | Credit card | American Express. Last 4 digits: 5007. Transaction type: regular, one payment | $8,000.00 |

**Exchange rate:** 1 USD = 3.7280 ILS

**Total {ILS}: 29,824.00**


**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.


Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**


*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun

Ramot, Jerusalem

Date: 02/07/2024

Computer document, digitally signed

# Receipt for Donation Number 116097

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 02/07/2024 | Credit card | American Express. Last 4 digits: 5007. Transaction type: regular, one payment | $12,000.00 |

**Exchange rate:** 1 USD = 3.3450 ILS

**Total {ILS}: 43,740.00**


**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.


Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**


*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun

Ramot, Jerusalem

Date: 02/07/2024

Computer document, digitally signed

# Receipt for Donation Number 116098

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 02/07/2024 | Credit card | American Express. Last 4 digits: 5007. Transaction type: regular, one payment | $5,000.00 |

**Exchange rate:** 1 USD = 3.6450 ILS

**Total {ILS}: 18225.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun

Ramot, Jerusalem

Date: 02/28/2024

Computer document, digitally signed

# Receipt for Donation Number 116382

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 02/28/2024 | Credit card | American Express. Last 4 digits: 5007. Transaction type: regular, one payment | $13,000.00 |

**Exchange rate:** 1 USD = 3.6490 ILS

**Total {ILS]: 47437.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun

Ramot, Jerusalem

Date: 03/06/2024

Computer document, digitally signed

# Receipt for Donation Number 116452

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 03/06/2024 | Credit card | American Express. Last 4 digits: 5007. Transaction type: regular, one payment | $8,000.00 |

**Exchange rate:** 1 USD = 3.5910 ILS

**Total {ILS]: 28728.00**


**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.


Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**


*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun

Ramot, Jerusalem

Date: 03/06/2024

Computer document, digitally signed

# Receipt for Donation Number 116453

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 03/06/2024 | Credit card | American Express. Last 4 digits: 5007. Transaction type: regular, one payment | $10,000.00 |

**Exchange rate:** 1 USD = 3.5910 ILS

**Total {ILS]: 35910.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun, ID 309896835

Address: Yisrael Kutcher, Jerusalem

Date: 04/14/2024

Computer document, digitally signed

# Receipt for Donation Number 117080

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 04/14/2024 | Credit card | Type: visa, 4 digits: 4630. transaction type: regular, 1 payment | 20.00 NIS |

**Total {ILS}: 20.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun, ID 309896835

Hamilton Street 507, Somerset New Jersey

Date: 04/15/2024

Computer document, digitally signed

# Receipt for Donation Number 117121

Payment details:

| Date | Payment means | Details | Amount |
|------|--------------|---------|--------|
| 04/15/2024 | Credit card | Isracard, 4 digits: 8190. Transaction type: regular, one payment | $100.00 |

**Exchange rate:** 1 USD = 3.7570 ILS

**Total {ILS}: 375.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



To: Daniel Dadoun, ID 309896835

507 Hamilton Street New Jersey

Date: 04/16/2024

Computer document, digitally signed

# Receipt for Donation Number 117127

Payment details:

| Date | Payment means | Details | Amount |
|---|---|---|---|
| 04/16/2024 | Credit card | Isracard, 4 digits: 9741, regular, one payment | $10,000.00 |

**Exchange rate:** 1 USD = 3.7160 ILS

**Total {ILS}: 37160.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel, ID 309896835

507 Somerset New Jersey

Date: 04/19/2024

Computer document, digitally signed

# Receipt for Donation Number 117150

Payment details:

| Date | Payment means | Details | Amount |
|---|---|---|---|
| 04/19/2024 | Credit card | Type: Israecard, 4 digits: 9741, regular transaction, one payment | $3,000.00 |

**Exchange rate:** 1 USD = 3.7750 ILS

**Total {ILS]: 11325.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun

ID 309896835

507 Hamilton Dr New Jersey

Date: 04/21/2024

Computer document, digitally signed

# Receipt for Donation Number 117176

Payment details:

| Date | Payment means | Details | Amount |
|------|--------------|---------|--------|
| 04/21/2024 | Credit card | Isracard, last 4 digits: 9741, 1 payment | $7,000.00 |

**Exchange rate:** 1 USD = 3.7830 ILS

**Total {ILS}: 26481.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun

ID 309896835

507 Hamilton Dr New Jersey

Date: 04/22/2024

Computer document, digitally signed

# Receipt for Donation Number 117212

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 04/22/2024 | Credit card | Isracard, last 4 digits: 9741, regular transaction one payment | $8,000.00 |

**Exchange rate:** 1 USD = 3.7830 ILS

**Total {ILS}: 30264.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun, ID 309896835

 507Hamilton Dr. New Jersey

Date: 04/28/2024

Computer document, digitally signed

# Receipt for Donation Number 117247

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 04/28/2024 | Credit card | Type: Isracard, 4 digits: 9741, regular transaction, one payment | $8,000.00 |

**Exchange rate:** 1 USD = 3.8180 ILS

**Total {ILS}: 30544.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun, ID 309896835

507 Hamilton Dr. New Jersey

Date: 05/07/2024

Computer document, digitally signed

# Receipt for Donation Number 117335

Payment details:

| Date | Payment means | Details | Amount |
|------|--------------|---------|--------|
| 05/07/2024 | Credit card | Type: Isracard, 4 digits: 9741, regular transaction, one payment | $13,000.00 |

**Exchange rate:** 1 USD = 3.7410 ILS

**Total {ILS}: 48633.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun, ID 309896835

507 Hamilton Dr. New Jersey

Date: 05/13/2024

Computer document, digitally signed

# Receipt for Donation Number 117485

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 05/13/2024 | Credit card | Type: Isracard, 4 digits: 9741, regular transaction, one payment | $15,000.00 |

**Exchange rate:** 1 USD = 3.7210 ILS

**Total {ILS]: 55815.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun, ID 309896835

507 Hamilton Dr. New Jersey

Date: 05/24/2024

Computer document, digitally signed

# Receipt for Donation Number 117629

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 05/24/2024 | Credit card | Type: Isracard, 4 digits: 9741, regular transaction, one payment | $15,000.00 |

**Exchange rate:** 1 USD = 3.6720 ILS

**Total {ILS}: 55080.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun, ID 309896835

507 Hamilton Dr. New Jersey

Date: 05/28/2024

Computer document, digitally signed

# Receipt for Donation Number 117664

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 05/28/2024 | Credit card | Type: Isracard, 4 digits: 9741, regular transaction, one payment | 15000 NIS |

**Total {ILS}: 15000.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun, ID 309896835

507 Hamilton Dr. New Jersey

Date: 06/04/2024

Computer document, digitally signed

# Receipt for Donation Number 117861

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 06/04/2024 | Credit card | Type: Isracard, 4 digits: 9741, regular transaction, one payment | $7,000.00 |

**Exchange rate:** 1 USD = 3.6610 ILS

**Total {ILS}: 25627.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky:**
**To be granted by G-d children who are Torah scholars.**

*With appreciation,*
*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun, ID 309896835

507 Hamilton Dr. New Jersey

Date: 06/14/2024

Computer document, digitally signed

# Receipt for Donation Number 118073

Payment details:

| Date | Payment means | Details | Amount |
|---|---|---|---|
| 06/14/2024 | Credit card | Type: Isracard, 4 digits: 9741, regular transaction, one payment | $13,000.00 |

**Exchange rate:** 1 USD = 3.7150 ILS

**Total {ILS]: 48295.00**

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun, ID 309896835

507 Hamilton Dr. New Jersey

Date: 06/19/2024

Computer document, digitally signed

# Receipt for Donation Number 118137

Payment details:

| Date | Payment means | Details | Amount |
|------|---------------|---------|--------|
| 06/19/2024 | Credit card | Type: Isracard, 4 digits: 9741, regular transaction, one payment | $15,000.00 |

**Exchange rate:** 1 USD = 3.7320 ILS

**Total {ILS}: 55980.00**


**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.


Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**


*With appreciation,*

*Lev Echad Administration*

**Lev Echad- A Center of Torah and Loving-Kindness**

Reg. org. 580460012

42 Mesillat Yosef Street, Modiin Illit, 7181732

Tel. 073-3828440



---

To: Daniel Dadoun, ID 309896835

507 Hamilton Dr. New Jersey

Date: 06/25/2024

Computer document, digitally signed

# Receipt for Donation Number 118205

Payment details:

| Date | Payment means | Details | Amount |
|---|---|---|---|
| 06/25/2024 | Credit card | Type: Isracard, 4 digits: 9741, regular transaction, one payment | $15,000.00 |

**Exchange rate:** 1 USD = 3.7240 ILS

**Total {ILS}:** 55860.00

**Comment:**

Issued by Nedarim Plus Platform.

This Organization is recognized by Israeli tax authorities for charitable donations, according to clause 46 of the law.

Thank you for being a partner of the Lev Echad Torah empire!

With your donation, you have merited to take part in supporting Torah study and charitable activities, as well as in establishing Jewish families. May the merit of this good deed stand you in good stead.

**You will surely merit the blessing of the great Torah sage and leader, Rabbi Chaim Kanievsky: To be granted by G-d children who are Torah scholars.**

*With appreciation,*

*Lev Echad Administration*



## "Anachnu Ve'tze'etzeinu"

**Founded by the Rosh Yeshivah, Harav Aharon Yehuda Leib Shteinman OBM**

08/04/2018

To Seldet;

We hereby confirm the receipt of your donation to "Anachnu Ve'tze'etzeinu", which makes the continuation of our work possible. It will contribute to strengthening Torah, and strengthening the connection between fathers and sons.

May it be G-d will that in the merit of upholding Torah study, you will be blessed with both Torah wisdom and prosperity, with success in all you endeavors, and with joy from all of your offspring.

Respectfully,

"Anachnu Ve'tze'etzeinu"

**Receipt**

**For 10,000 NIS**

**Received on 08/04/2018**

To                                                                        June 20, 2019

Seldat Inc. "Lev Echad"

Modin Illit

71919


Much peace to lovers of Your Torah.

In gratitude, your donation and support has been revived by our holy yeshiva, and a receipt included.

Our blessings are thus sent to those who love and honor the Torah, who assist the Talmud Scholars who are amply rewarded spiritually and materially as the verse says, **"She is a tree of life for those who grasp onto her and those who support her are enriched."**

May it be His will that the merit of charity cast it's light upon you from the holiness of the Torah and may you and all those who depend on you find blessing and success, healing and livelihood, happiness and goodness, Amen.

In gratitude and blessing

In the name of our Rabbi, the Dean of the Yeshiva, may he live many long years

Chaim Ziat

Secretary

---

Yeshiva Reshit Hochma

From. Seldat Inc. "Lev Echad"

For. Support of students. May you merit to fulfill G-d's commandments and abundant blessing Amen.

For. One Thousand Five Hundred NIS [1,500 NIS]

By way of: Bank Transfer    Shekel amount based upon the currency exchange rate

June 20, 2019

To                                                        June 19, 2019

Seldat Inc. "Lev Echad"

Modin Illit

71919


Much peace to lovers of Your Torah.

In gratitude, your donation and support has been revived by our holy yeshiva, and a receipt included.

Our blessings are thus sent to those who love and honor the Torah, who assist the Talmud Scholars who are amply rewarded spiritually and materially as the verse says, **"She is a tree of life for those who grasp onto her and those who support her are enriched."**

May it be His will that the merit of charity cast it's light upon you from the holiness of the Torah and may you and all those who depend on you find blessing and success, healing and livelihood, happiness and goodness, Amen.

In gratitude and blessing

In the name of our Rabbi, the Dean of the Yeshiva, may he live many long years

Chaim Ziat

Secretary


---

Yeshiva Reshit Hochma

From. Seldat Inc. "Lev Echad"

For. Support of students. May you merit to fulfill G-d's commandments and abundant blessing Amen.

For. Two Thousand NIS [2,000 NIS]

By way of: Bank Transfer    Shekel amount based upon the currency exchange rate

June 18, 2019

To                                                                    March 20, 2019

Seldat Inc. "Lev Echad"

Modin Illit

71919


Much peace to lovers of Your Torah.

In gratitude, your donation and support has been revived by our holy yeshiva, and a receipt included.

Our blessings are thus sent to those who love and honor the Torah, who assist the Talmud Scholars who are amply rewarded spiritually and materially as the verse says, **"She is a tree of life for those who grasp onto her and those who support her are enriched."**

May it be His will that the merit of charity cast it's light upon you from the holiness of the Torah and may you and all those who depend on you find blessing and success, healing and livelihood, happiness and goodness, Amen.

In gratitude and blessing

In the name of our Rabbi, the Dean of the Yeshiva, may he live many long years

Chaim Ziat

Secretary

---

Yeshiva Reshit Hochma

From. Seldat Inc. "Lev Echad"

For. Support of students. May you merit to fulfill G-d's commandments and abundant blessing Amen.

For. Two Thousand NIS [2,000 NIS]

By way of: Bank Transfer    Shekel amount based upon the currency exchange rate

March 19, 2019