AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>_____DANIEL DADOUN_____<br>Defendant | )<br>)<br>) Case No. 23mj8137 (JSA)<br>)<br>)<br>) |

**APPEARANCE BOND**

**Defendant's Agreement**

I, _____DANIEL DADOUN_____, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X ) to appear for court proceedings;
    ( X ) if convicted, to surrender to serve a sentence that the court may impose; or
    ( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

**Type of Bond**

(   ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____

( ✓ ) (3) This is a secured bond of $ 10,000,000, secured by: properties and Co-signed by: Moti Zibler

    (   ) (a) $ _____, in cash deposited with the court.

    ( ✓ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
    *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
    294 Birmingham Road in Pemberton, NJ 08068
    B.6.01/L6.01 at Route 68 in Mansfield, NJ 08022
    120 Rymon Road in Washington Twp., NJ 07882
    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

**Forfeiture or Release of the Bond**

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

---

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 9/19/2024

X _____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 9/19/2024

/s/ Nitza Creegan
*Signature of Clerk or Deputy Clerk*

Approved.
Date: 9/19/2024

/s/ Michael A. Hammer
*Judge's signature*

DNJ-CR-009 (3/2010) Agreement to Forfeit Property

# UNITED STATES DISTRICT COURT

For the _____ DISTRICT OF _____ New Jersey _____

UNITED STATES OF AMERICA
V.

**AGREEMENT TO FORFEIT PROPERTY**

_____ DANIEL DADOUN _____
(Defendant)

CASE NUMBER: 23mj8137 (JSA)

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

294 Birmingham Road
Pemberton, NJ 08068

and there has been posted with the court the following indicia of my/our ownership of the property:

COPY OF DEED    TO    PTS

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _____ DANIEL DADOUN _____
(Defendant's Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States.  Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on __9/19/2024__ in __Newark, New Jersey__
                              (Date)                (Place)

Defendant __DANIEL DADOUN__          Address _____
          (Name of Deft.)                    (City & State Only)

Owner(s)/  _____           Address _____
          (Name of owner of property)        (City & State Only)

Obligor(s) _____           Address _____
          (Other Name of Owner)              (City & State Only)

Signed and acknowledged before me on __9/19/2024__
                                          (Date)

                                     MELISSA E. RHOADS, CLERK OF COURT

Approved: __/s/ Michael A. Hammer__    __Nitza Creegan__
          (Judicial Officer)           (Judicial Officer/Clerk)
                                       Courtroom Deputy Clerk

DNJ-CR-009 (3/2010) Agreement to Forfeit Property

# UNITED STATES DISTRICT COURT

For the _____ DISTRICT OF _____ New Jersey _____

UNITED STATES OF AMERICA
V.

**AGREEMENT TO FORFEIT PROPERTY**

DANIEL DADOUN
_____
Defendant

CASE NUMBER: 23mj8137 (JSA)

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property: B.6.01 / L6.01 Route 68 Mansfield, NJ 08022

and there has been posted with the court the following indicia of my/our ownership of the property:

COPY OF DEED

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant ___ DANIEL DADOUN ___
(Defendant's Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on ___ 9/19/2024 ___ in ___ Newark, New Jersey ___
(Date)                (Place)

Defendant ___ /s/ DANIEL DADOUN ___        Address _____
(Name of Deft.)                                                           (City & State Only)

Owner(s)/ _____     Address _____
(Name of owner of property)                                      (City & State Only)

Obligor(s) _____    Address _____
(Other Name of Owner)                                                (City & State Only)

Signed and acknowledged before me on ___ 9/19/2024 ___
(Date)

MELISSA E. RHOADS, CLERK OF COURT
(Judicial Officer/Clerk)

Approved: /s/ Michael A. Hammer        Nitza Creegan
(Judicial Officer)                                     Courtroom Deputy Clerk

DNJ-CR-009 (3/2010) Agreement to Forfeit Property

# UNITED STATES DISTRICT COURT

For the _____ DISTRICT OF _____ New Jersey

UNITED STATES OF AMERICA
V.

**AGREEMENT TO FORFEIT PROPERTY**

DANIEL DADOUN
　　　Defendant

CASE NUMBER: 23mj8137 (JSA)

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property: 120 Rymon Road Washington Township, NJ 07882

and there has been posted with the court the following indicia of my/our ownership of the property:

COPY OF DEED

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _____DANIEL DADOUN_____
(Defendant's Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on \_\_\_9/19/2024\_\_\_ in \_\_\_Newark, New Jersey\_\_\_
　　　　　　　　　　　　　　　(Date)　　　　　　　　　　(Place)

Defendant \_\_\_DANIEL DADOUN\_\_\_　　　Address _____
　　　　　(Name of Deft.)　　　　　　　　　　(City & State Only)

Owner(s)/ _____　　　Address _____
　　　(Name of owner of property)　　　　　　(City & State Only)

Obligor(s) _____　　　Address _____
　　　(Other Name of Owner)　　　　　　　　(City & State Only)

Signed and acknowledged before me on \_\_\_9/19/2024\_\_\_
　　　　　　　　　　　　　　　　　　　　　(Date)

MELISSA E. RHOADS, CLERK OF COURT

Approved: /s/ Michael A. Hammer　　　Nitza Creegan
　　　　　(Judicial Officer)　　　　　　　Courtroom Deputy Clerk
　　　　　　　　　　　　　　　　　(Judicial Officer/Clerk)