# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>DANIEL DADOUN<br>*Defendant* | MAGISTRATE JUDGE: Michael A. Hammer<br><br>CASE NO. 23-8137<br>DATE OF PROCEEDINGS: 1/23/2025<br><br>DATE OF ARREST: |

**PROCEEDINGS:** Bail Modification Hearing

☐ COMPLAINT
☐ ADVISED OF RIGHTS ☐
☐ WAIVER OF COUNSEL
☐ APPT. OF COUNSEL: ☐ AFPD ☐ CJA
☐ WAIVER OF HRG: ☐ PRELIM ☐ REMOVAL
☐ CONSENT TO MAGISTRATE'S JURISDICTION
☐ PLEA ENTERED: ☐ GUILTY ☐ NOT GUILTY
☐ PLEA AGREEMENT
☐ RULE 11 FORM
☐ FINANCIAL AFFIDAVIT EXECUTED ☐ FINANCIAL COLLOQUY
☑ In advance of meeting with counsel, defendant shall notify PTS
☑ Bail Modification Request denied w/o prejudice
☑ Court will revisit bail modification at the next hearing

☐ DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
☐ CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
☐ BAIL DENIED – DEFENDANT REMANDED TO CUSTODY
☐ BAIL SET:
  ☐ UNSECURED BOND
  ☐ SURETY BOND SECURED BY CASH/PROPERTY
☐ TRAVEL RESTRICTED
☐ REPORT TO PRETRIAL SERVICES
☐ DRUG TESTING AND/OR TREATMENT
☐ MENTAL HEALTH TESTING AND/OR TREATMENT
☐ SURRENDER AND/OR OBTAIN NO PASSPORT
☐ SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

☐ PRELIMINARY/REMOVAL HRG.
☐ DETENTION/BAIL HRG.
☐ TRIAL: ☐ COURT ☐ JURY
☐ SENTENCING
☑ OTHER: Bail Modification Hearing

DATE:
DATE:
DATE:
DATE:
DATE: 3/6 at 3:30

**APPEARANCES:**

AUSA: Katherine Romano
DEFT. COUNSEL: Joseph Atler
PO/PTS: David Hernandez
INTERPRETER
  Language:

TIME COMMENCED: 3:58
TIME TERMINATED: 4:23
CD NO: ECR

J. Baker
DEPUTY CLERK