**ORGIT Mail**      **Daniel Dadoun &lt;daniel@orgit.ai&gt;**

---

## Please reserve Time off for 1/16/25 appointment w/Dr. Weitz at 1:30pm

---

**Daniel Dadoun** &lt;daniel@orgit.ai&gt;      Fri, Jan 24, 2025 at 7:11 AM
To: Joseph Alter &lt;jalter@apopefirm.com&gt;, NYEPTdb_EM UNIT &lt;emunit@nyept.uscourts.gov&gt;

Please proof that the meeting on the 16 was cancelled and we are trying to reschedule

---------- Forwarded message ---------
From: **Dineen SIPI** &lt;staff@sipipc.com&gt;
Date: Thu, Jan 23, 2025 at 5:27 PM
Subject: Re: Please reserve Time off for 1/16/25 appointment w/Dr. Weitz at 1:30pm
To: Daniel Dadoun &lt;daniel@orgit.ai&gt;


Hi Daniel,

This is Dineen from South Island Periodontics. I am just following up with you. I know we communicated on 1/16/25 and we had to cancel the appointment scheduled on 1/16/25 at 1:30. Are you ready to re-schedule?

[Quoted text hidden]