

Daniel Dadoun <daniel@orgit.ai>

## Dental Appointments

**Daniel Dadoun** <daniel@orgit.ai>　　　　　　　　　　　　　　　　　　Sun, Jan 19, 2025 at 10:26 AM
To: NYEPTdb_EM UNIT <emunit@nyept.uscourts.gov>

Hi my 930 was moved from 930 to 12 30 pm  I will be done close to 130 pm 2 pm and will be back using public transportation I will arrive close to 4 pm home

Thank you,
-Daniel dadoun

[Quoted text hidden]