weather25.com     °F    °C    Search for a city

# Brooklyn 🇺🇸

Historical Weather - March 21

| Overview | 14 Days | April | May | Long range | Tomorrow |

Home  >  North America  >  🇺🇸 United States  >  New York  >  Brooklyn  >  Historical

Previous day                                                                                              Next day

## Brooklyn Historical Past Weather March 21

This page shows the past year's weather in Brooklyn on March 21.

It can give you an idea of what the weather in Brooklyn might be like on March 21.

**Location:** Brooklyn

**Change date:** March 21

|  | TEMPERATURE | PRECIPITATION |
|--|--|--|
|  | 46° / 33° | 0.04 in |
|  | WIND | HUMIDITY |
|  | 15 Miles | 60.7 % |

### Weather in Brooklyn during the last few years on March 21

Mar 20                                                                                                    Mar 22

| Year | Temperatures | Rain | Weather | | Wind |
|---|---|---|---|---|---|
| 2025 - March 21 | 51° /33° | 0.24 in | | Partly cloudy | 26 Miles |
| 2024 - March 21 | 41° /32° | 0 in | | Partly cloudy | 22 Miles |