

Daniel Dadoun <daniel@orgit.ai>

## Clarification Regarding a Stop on the Way to Synagogue

moshe bouskila <moshe@figphone.com>    Tue, Apr 1, 2025 at 1:23 PM
To: Daniel Dadoun <Daniel@orgit.ai>, "emunit@nyept.uscourts.gov" <emunit@nyept.uscourts.gov>

Rabbi Moshe Bouskila
Congregation Derech Hashem Sephardic
[2600 Ocean Avenue](#)
Brooklyn, NY 11229

April 1st 2025

To: Probation Officer Baio

Subject: Clarification Regarding a Stop on the Way to Synagogue

Dear Officer Baio,

I am writing to clarify an occurrence on Saturday march 29th around 12:10 pm regarding Mr. Daniel Dadoun. On his way back from the Congregation Derech Hashem Sephardic for prayer services, Mr. Dadoun stopped at my residence, located 2056 east 21st Street, due to an urgent need to use the restroom.

The reason for this stop was that the synagogue's restrooms were clogged, and he faced an additional 30-minute walk without an available facility. Given the circumstances, I allowed him to use my restroom .

Please feel free to reach out if any further clarification is required.

Sincerely,

Rabbi Moshe Bouskila

Congregation Derech Hashem Sephardic

Thank you.