UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Robert Kirsch |
| v. | : Crim. No. 25- CR-215 |
| DANIEL DADOUN | : **WAIVER OF INDICTMENT** |

I, DANIEL DADOUN, the above-named defendant, who is charged with bank fraud, in violation of Title 18, United States Code, Section 1344, and money laundering, in violation of Title 18, United States Code, Section 1957, being advised of the charges, the proposed Information, and my rights, hereby waive in open court on _April 8, 2025_, 2025, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DANIEL DADOUN
Defendant

_____
ANTHONY J. POPE, JR.
Counsel for Defendant

Before: _____
HON. ROBERT KIRSCH
United States District Judge

RECEIVED
APR 08 2025
ROBERT KIRSCH
U.S. DISTRICT JUDGE