## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON                                  **DATE**: APRIL 8, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ


**TITLE OF CASE**:                                   **CRIMINAL NO. 25-CR-215-1 (RK)**

UNITED STATES OF AMERICA

v.

DANIEL DADOUN

    DEFENDANT PRESENT

**APPEARANCES**:

Katherine Romano, AUSA for the Government

Anthony Pope, Esq., for the Defendant

Edna Galarza, Pretrial Services

**NATURE OF PROCEEDINGS**: INITIAL APPEARANCE AND PLEA HEARING

Ordered defendant sworn; defendant sworn.

Defendant advised of charges and penalties.

INFORMATION filed.

Waiver of Indictment executed and filed.

PLEA: GUILTY TO COUNTS 1 AND 2 OF INFORMATION.

Terms of plea agreement read into the record.

Ordered plea agreement approved.

Ordered plea accepted.

Rule 11 and Plea Agreement filed.

Sentencing set for August 13, 2025 at 10:00 a.m.

Defendant's release revoked.

Ordered defendant remanded.

**Time Commenced:**   11:39 a.m.
**Time Adjourned**:   12:39 p.m.
**Total Time**:       1 hour 0 minutes

                                                                                                                                    s/ *Patricia Markey*
                                                                                                                                      DEPUTY CLERK