UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL DADOUN,<br><br>              Defendant. | Criminal No. 25-215 (RK)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Daniel Dadoun.

Date: August 26, 2025

                                        TODD BLANCHE
                                        U.S. Deputy Attorney General

                                        ALINA HABBA
                                        Acting United States Attorney
                                        Special Attorney

                            By:    *s/ Katherine M. Romano*
                                        Katherine M. Romano
                                        Assistant U.S. Attorney