# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON                              **DATE**:  SEPTEMBER 16, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ


**TITLE OF CASE**:                          **CRIMINAL NO. 25-CR-215-1 (RK)**

UNITED STATES OF AMERICA

v.

DANIEL DADOUN

       DEFENDANT PRESENT


**APPEARANCES**:

Katherine Romano, AUSA for the Government

Anthony Pope, Esq., Sarah Krissoff, Esq. and Joseph Alter, Esq., counsel for the Defendant

Allison Slater, U.S. Probation


**NATURE OF PROCEEDINGS**:  SENTENCING ON COUNTS 1 AND 2 OF INFORMATION

Imprisonment:  41 months.  This term consists of 41 months on each of count one and count two, to be served concurrently to each other.

Supervised Release: 3 years on each of count one and count two to run concurrently, with special conditions.

Fine: Waived.

Special Assessment: $200.

Restitution:  $3,239,773.43.

Defendant advised of right to appeal.

Ordered detention continued.


**Time Commenced:**    3:14 p.m.
**Time Adjourned**:    5:28 p.m.
**Total Time**:    2 hours 14 minutes


                        *s/ Patricia Markey*
                        DEPUTY CLERK